**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DAVID EUGENE BRINKLEY,

    Plaintiff,

v.                              CASE NO. 5:16-cv-00228-MP-EMT

ATTORNEY GENERAL OF THE UNITED STATES, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 7.  I have made a de novo review based on those objections.  Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. Pursuant to 28 U.S.C. § 1915(g), this cause is DISMISSED WITHOUT PREJUDICE to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety. All pending motions are DENIED as moot. The Clerk is directed to close this file.

    **DONE AND ORDERED** this *15th* day of November, 2016

                                    *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge